FORM FOR USE IN APPLICATIONS FOR
HABEAS CORPUS UNDER 28 U.S.C. SECTION 2241

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 JAN 18 P 3:26
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NO. _____ (to be supplied by the Clerk of Court)

Alessandro Lomagno,
(Full name - include name under which you were convicted), PETITIONER

v.

D.B. Drew, Warden FCI Raybrook
(Name of Warden, Superintendent, Jailor, or authorized person having custody of petitioner), RESPONDENT

Alessandro Lomagno. Fed.Reg.No. 23372-038
NAME AND PRISON NUMBER

FCI Raybrook
PLACE OF CONFINEMENT

(If the petitioner wishes to attack a federal judgment under which a sentence was imposed, he should file a motion under 28 U.S.C. §2255 in the federal court which entered the judgment).

PETITION FOR WRIT OF HABEAS CORPUS UNDER SECTION 2241 BY A PERSON IN FEDERAL CUSTODY

INSTRUCTIONS - READ CAREFULLY

1. This petition must be legibly handwritten or typewritten, signed by the petitioner and subscribed to under penalty of perjury as being true and correct. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form. Where more room is needed to answer any question type or use lined paper.

2. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt of a fee of $5.00, your petition will be filed if it is in proper order. If you do not have the necessary filing fee, you may submit an application to proceed in forma pauperis. You must comply with Local Rule 5.4 before the application will be considered.

4. Mail the completed original and two copies to:

CLERK, U.S. DISTRICT COURT

1

Are you challenging your <u>conviction</u> directly and have applied for relief by motion to the court which sentenced you, or is such motion inadequate or ineffective to test the legality of your detention? Yes ( ) No (XX) If yes, answer questions 1-8 below.

Are you are challenging your <u>custody or confinement</u> as a violation of the Constitution, laws or treaties of the United States? Yes (XX) No ( ) If yes, answer only question 9 below.

1. Name and location of court which entered the judgment of conviction under which you are presently confined:
   United States District Court, District of Massachusetts

2. Date of judgment of conviction: May 30, 2001

3. Length of sentence: 71 Months of Imprisonment

4. Sentencing Judge: Chief Judge Young.

5. Offense(s) for which you were convicted:
   Possession with Intent to Distribute Ectasy, and Retaliation against an informant.

6. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack? Yes( ) No(XX).
   a. If yes, give name and location of court which imposed sentence to be served in the future:

   b. And give date and length of sentence to be served in the future:

   c. Have you filed, or do you contemplate filing, a petition attacking the judgment which imposed the sentence to be served in the future? Yes( ) No( )

7. Have you appealed the conviction you now challenge? Yes (XX) No ( ) If yes, name each court that heard your appeal:
   United States Court of Appeals, First Circuit

8. Have you filed a motion under 28 U.S.C. §2255 to vacate, set aside, or correct sentence by a person in federal custody? Yes ( ) No (XX) If yes, state when you filed it, the court you

2