```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


ALESSANDRO LOMAGNO,            )
          Plaintiff,           )
                               )C.A. No. 05-10162-WGY
     v.                        )
                               )
D.B. DREW, WARDEN,             )
          Defendant.           )
```

ORDER OF DISMISSAL

YOUNG, C.J.

In accordance with this Court's order dated February 1, 2005, it is ORDERED that the within action be and it is hereby DISMISSED for lack of jurisdiction.

By the Court,

Date: 2/2/05            By  s/ Barbara Morse
                            Deputy Clerk